# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Browne, Karen M.<br>    <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 17-11555 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AQ1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2324

                                      Respectfully submitted,

                                      **/s/Brian C. Nicholas, Esquire**
                                      Brian C. Nicholas, Esquire
                                      Thomas Puleo, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406