United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-11555-sr
Karen M. Browne                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 1          Date Rcvd: Jun 30, 2017
                              Form ID: pdf900       Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2017.
db           +Karen M. Browne,    604 Walnut Lane,    Philadelphia, PA 19128-1712
13878130      ECKERT SEAMANS CHERIN & MELLOT,    US STEEL TOWER,    44TH FLOOR,    Pittsburgh, PA 15219
13878131     +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13878132     +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
13881387     +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13902573     +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13900786     +U.S. Bank NA,   c/o Brian C. Nicholas, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
              Phila., PA 19106-1541
13878133     +U.S. Bank, N.A.,    3815 South West Temple,    P.O. BOX 65250,    Salt Lake City, UT 84165-0250
13878135     +US Dept of Education,    Attn: Bankruptcy,    PO Box 16448,    Saint Paul, MN 55116-0448
13878134     +Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jul 01 2017 01:51:34     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 01 2017 01:50:49
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 01 2017 01:51:16     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2017 01:47:27     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13878132     +E-mail/Text: Bankruptcies@nragroup.com Jul 01 2017 01:52:05     National Recovery Agency,
              2491 Paxton St,    Harrisburg, PA 17111-1036
                                                                                       TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America,
              NA, successor in interest to LaSalle Bank NA, on behalf of the registered Holders of Bear
              Stearns Asset Backed Securities I LLC, Asset-Backed Certif bnicholas@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
              RICHARD F. WEINSTEIN   on behalf of Debtor Karen M. Browne rfwlaw1@comcast.net
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

KAREN M. BROWNE

                                                : Bankruptcy No. 17-11555SR
            Debtor(s)                           : Chapter 13


ORDER


AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


                                        BY THE COURT

**Dated: June 29, 2017**

                                        _____
                                        Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

RICHARD F WEINSTEIN ESQ
705 W HAVERFORD RD
SUITE 1
BRYN MAWR PA 19010-3128

KAREN M. BROWNE
604 WALNUT LANE
PHILADELPHIA,PA.19128